To: Russ Reynolds

From: Leslie T. Gladstone, Trustee

Case Name: Clarence M. Urbanski

Case Number: 09-16027-LA7

Date: November 21, 2014

## TRANSMITTAL OF UNCLAIMED FUNDS
## IN CHAPTER 7 CASE

It has been more than ninety days after the final distribution under 11 U.S.C. § 726. I have stopped payment on any check remaining unpaid. I am paying into the court all unclaimed funds. Attached are checks for any unclaimed or uncashed funds payable to the Registry of the U.S. Bankruptcy Court.

Pursuant to Federal Rule of Bankruptcy Procedure 3011, I am submitting a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is being paid into court pursuant to 11 U.S.C. § 347(a).

| **Name and Address of Entity** | **Check Amount** |
|---|---|
| Hubert W. Merchant, Trustee<br>4739 Franklin Avenue<br>Western Springs, IL 60558 | $4,917.46 |



ENTERED Received
~~FILED~~
DEC - 1 2014
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY